The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIMBERLY RUSSO,

            Plaintiff,

v.

PUCKETT & REDFORD PLLC, et al,

            Defendants.

Case No. C09-0433 MJP

**ORDER DENYING MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF**

This matter comes before the Court on Plaintiff's motion for leave to file an over-length brief in response to Defendants' motion to dismiss. (Dkt. No. 13.) Local Rule 7(f) permits parties to apply for approval to file over-length motions or responses. Pursuant to Local Rule 7(f)(1), the motion must be filed "at least three judicial days before the underlying motion or brief is due."

First, Plaintiff's motion is untimely. Plaintiff filed the present motion contemporaneously with the over-length response. (Dkt. Nos. 13, 16.) Second, the motion is denied because Plaintiff offers no substantive explanation as to why the additional pages are necessary for the purposes of the response.

ORDER DENYING MOTION FOR LEAVE TO FILE
OVER-LENGTH BRIEF - 1

CASE NO. C09-0433 MJP

| | |
|---|---|
| 1 | The Court DENIES Plaintiff's motion and instructs Plaintiff to file an amended response |
| 2 | by June 25, 2009.[1] Defendants' reply shall be due on July 2, 2009 and the motion will be re- |
| 3 | noted for consideration on that date. |
| 4 | |
| 5 | The Clerk shall transmit a copy of this Order to all counsel of record. |
| 6 | Dated this 23rd day of June, 2009. |

Marsha J. Pechman
United States District Judge

---

[1] The Court accepts briefing filed in twelve point font.